RECEIVED
IN ALEXANDRIA, LA.

FEB 17 2010

TONY R. MOORE, CLERK
BY_____
      DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **CHARLES RAY LACHNEY** (D.O.C. #479864) | DOCKET NO. 08-CV-1815; SEC. P |
| **VERSUS** | JUDGE JAMES T. TRIMBLE, JR. |
| **TOMMY GLOVER, ET AL.** | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** Petitioner's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(b).

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, this 17th day of February, 2010.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE